

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | June-Noelle Williams | Ch. 13 |
| | | 24-11123-JEB |
| | Debtor | |

**Proceeding Memorandum and Order**

**MATTER:**
#61 Chapter 13 Trustee's Objection to Confirmation of Plan (Re: 54 Amended Chapter 13 Plan filed by Debtor June-Noelle Williams)

**Decision set forth more fully as follows:**
Hearing held on December 5, 2024. Counsel for the Debtor failed to appear at the hearing. For the reasons set forth on the record, the hearing is continued to **January 16, 2025, at 10:00 a.m.**

The Chapter 13 Trustee is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **December 10, 2024**. If she fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

All participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, **dial (646) 828-7666, enter Meeting ID 161 151 6740 and Passcode 672832** when prompted. To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

Dated: 12/06/2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge