

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:    June-Noelle Williams | Ch. 13 |
| | 24-11123-JEB |
| Debtor | |

**Proceeding Memorandum and Order**

**MATTER:**

#76 Order to Show Cause dated January 2, 2025

**Decision set forth more fully as follows:**

Hearing held on January 16, 2025. As more fully set forth on the record, having considered the Response by the Debtor and the arguments of counsel, the Order to Show Cause is released.

Dated: 01/17/2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge